UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CURTIS BOURGEOIS, ET AL                CIVIL ACTION

VERSUS                                 NUMBER 14-307-SDD-SCR

WEBER MARINE, LLC, ET AL

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

In accordance with 28 U.S.C. §636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Baton Rouge, Louisiana, June 23, 2014.

　　　　　　　　　　　　　　STEPHEN C. RIEDLINGER
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CURTIS BOURGEOIS, ET AL　　　　　　　　　CIVIL ACTION

VERSUS　　　　　　　　　　　　　　　　　　NUMBER 14-307-SDD-SCR

WEBER MARINE, LLC, ET AL

**MAGISTRATE JUDGE'S REPORT**

Before the court is plaintiff's Motion to Remand. Record document number 3. The motion is opposed.[1]

Plaintiffs move to remand on two grounds: (1) the removal was not timely, and (2) the amount in controversy needed to support subject matter jurisdiction is not met. Neither ground has any merit, for the reasons stated by defendant Weber Marine, LLC in its opposition memorandum.

Defendant Weber Marine was served with the plaintiffs' state court Petition for Damages on April 17, 2014. Under 28 U.S.C. 1446(b(2)(B) each defendant had 30 days after service to file a notice of removal. Defendant Weber Marine filed its Notice of Removal on May 16, 2014. The Notice of Removal was timely filed.

Defendant Weber Marine removed the case asserting subject matter jurisdiction under 28 U.S.C. § 1333, governing admiralty and maritime cases.[2] Unlike 28 U.S.C. § 1332, which applies to

---

[1] Record document number 6.

[2] Record document number 1, Notice of Removal, ¶¶ 4, 5.

diversity jurisdiction, § 1333 does not include an amount in controversy requirement.

**<u>RECOMMENDATION</u>**

It is the recommendation of the magistrate judge that the plaintiff's Motion to Remand be denied.

Baton Rouge, Louisiana, June 23, 2014.

*[signature: Stephen C. Riedlinger]*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE