UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CURTIS BOURGEOIS AND
IDA BOURGEOIS

                                                                CIVIL ACTION
VERSUS
                                                                NO. 14-307-SDD-SCR
WEBER MARINE, LLC AND
STATE NATIONAL INSURANCE
COMPANY

## RULING

The Court has carefully considered the *Petition*[1], the record, the law applicable to

this action, and the *Report and Recommendation*[2] of United States Magistrate Judge

Stephen C. Riedlinger dated June 23, 2014.  Plaintiffs have filed an *Objection*[3] which

the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate

Judge and adopts it as the Court's opinion herein. Accordingly, the Plaintiff's *Motion to

Remand*[4] is denied.

Baton Rouge, Louisiana the 18 day of July, 2014.

                                              *Shelly Dick*
                                    _____
                                    SHELLY D. DICK, DISTRICT JUDGE
                                    MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-2.
[2] Rec. Doc. 8.
[3] Rec. Doc. 10.
[4] Rec. Doc. 3.