UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CURTIS BOURGEOIS, ET AL.

CIVIL ACTION

v.

NO. 14-307-JWD-SCR

WEBER MARINE, LLC, ET AL.

### RULING AND ORDER

This matter comes before the Court on the Motion to Certify Ruling for an Interlocutory Appeal (R. Doc. 50) by Defendant, Weber Marine, LLC. ("Weber Marine"). Weber Marine seeks an interlocutory appeal pursuant to 28 U.S.C. § 1292. Plaintiffs Curtis and Ida Bourgeois oppose the motion. (R. Doc. 52). No oral argument is necessary.

Considering the law, facts, and arguments of the parties, Defendants motion is denied. This Court has recognized (and the parties agree) that, "[i]n order to certify an issue for appeal, the appealable issue must involve: '(1) a controlling issue of law; (2) a substantial ground for a difference of opinion; and (3) a question whose immediate appeal from the order will materially advance the ultimate termination of the litigation.' " *Simoneaux v. E.I. du Pont de Nemours & Co.*, No. 12-219, 2014 WL 4352185, at *1 (M.D. La. Sept. 2, 2014) (citation omitted). "The burden of demonstrating the necessity of an interlocutory appeal is on the moving party." *Id.* (citation omitted).

Weber Marine has failed to satisfy its burden of proving that there is a substantial ground for a difference of opinion. The Court's Ruling and Order on Motion for Summary Judgment (R. Doc. 39) is supported by a decision of the United States Supreme Court,[1] the Fifth Circuit,[2] the

---

[1] *Burnett v. New York Central Railroad Co.*, 380 U.S. 424, 85 S. Ct. 1050, 13 L.Ed.2d 941 (1965).
[2] *Maxwell v. Swain*, 833 F.2d 1177 (5th Cir. 1987).

Louisiana Supreme Court,[3] and decisions from other jurisdictions.[4]  The Court has reviewed the Defendant's memorandum in support and is not persuaded that there is a substantial ground for a difference of opinion.

Accordingly,

**IT IS ORDERED** that the Motion to Certify Ruling for an Interlocutory Appeal (R. Doc. 50) by Defendant, Weber Marine, LLC. is **DENIED**.

Signed in Baton Rouge, Louisiana, on September 30, 2015.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[3] *Prejean v. Industrial Cleanup, Inc.*, 98-0948 (La. 12/1/98), 721 So.2d 1273.
[4] *E.g. Butler v. American Trawler Co., Inc.*, 887 F.2d 20 (1st Cir.1989).